UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

SUZANNE HARRIS,

    Plaintiff,

v.

    NO. 1:04-cv-081

    Edgar / Lee

SUNTRUST BANK, CHATTANOOGA
and WAUSAU BENEFITS, INC.,

    Defendants.

## ORDER OF DISMISSAL

Upon the agreement of the parties, Plaintiff hereby voluntarily agrees to dismiss, pursuant to Rule 41(a)(1), her claims against Defendants in this matter.

IT IS HEREBY ORDERED that this matter is dismissed, and each party shall bear its own costs of litigation, including court costs.

ENTER this *3rd day of November, 2004*.

_____
R. ALLAN EDGAR
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL AGREED AND CONSENTED TO:

ATTORNEY FOR DEFENDANTS    ATTORNEY FOR PLAINTIFF

William A. Blue, BPR# 10378
Mary V. Dohner, BPR#021451
CONSTANGY, BROOKS & SMITH, LLC
2100 West End Avenue, Suite 925
(615) 320-5200
(615) 321-5891

Mitchell A. Byrd, BPR#004626
102 Historic Robinson Building
622 Georgia Avenue
Chattanooga, TN 37402
(423) 265-3001